UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 15-05072 DDP (AGRx)                               Dated: December 7, 2016

Title:   RESERVE MEDIA, INC., a Delaware corporation -v- EFFICIENT FRONTIERS, INC., a Wisconsin corporation
=================================================================
PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

<u>Patricia Gomez</u>                                           <u>None Present</u>
Courtroom Deputy                                            Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

None                                                        None

PROCEEDINGS:            MINUTE ORDER (IN CHAMBERS)

   **COUNSEL ARE NOTIFIED**, pursuant to the courts order continuing the final pretrial order (Dkt. No 237), the jury trial is hereby continued from December 13, 2016 to February 14, 2017 at 9:00 a.m.

MINUTES FORM 11                                             Initials of Deputy Clerk   PG
CIVIL -- GEN