# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESERVE MEDIA, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>EFFICIENT FRONTIERS, INC., a Wisconsin corporation; and DOES 1-10,<br><br>  Defendants.<br><br>―――<br><br>EFFICIENT FRONTIERS, INC., a Wisconsin corporation;<br><br>  Counter-Claimant,<br><br>vs.<br><br>RESERVE MEDIA, INC.,<br><br>  Counter-Defendant. | Case No. CV 15-5072 DDP (AGRx)<br><br>**JUDGMENT** |

This action came on for hearings before the Court, on October 17, 2016, January 9, 2017, and March 20, 2017, on three Motions for Summary Judgment by Plaintiff and Counter-Defendant Reserve Media, Inc. ("Reserve"), the Hon. Dean D. Pregerson, United States District Court Judge, presiding. The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered on Defendant and Counter-Claimant Efficient Frontiers, Inc. ("EFI") Counterclaims as follows:

1. EFI's Counterclaims are all dismissed on the merits with prejudice;
2. EFI shall take nothing by way of its Counterclaims; and
3. Reserve shall recover its costs as the prevailing party on EFI's Counterclaims.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is entered on Reserve's Complaint for Declaratory Relief as follows:

1. Reserve Media, Inc.'s use of the RESERVE trademark does not infringe on any of the following registered marks:
   a. RESERVE ANYWHERE [US Reg. No. 3298635]
   b. RESERVE Q [US Reg. No. 4222058]
   c. RESERVE Q [US Reg. No. 4297221]
   d. RESERVE INTERACTIVE [US Reg No. 4382898]
   e. RESERVE INTERACTIVE + DESIGN [US Reg. No. 3253603]
   f. RESERVE CLOUD [US Reg. No. 5122849]
   g. RESERVE CLOUD [US Reg. No. 4892191]

1

2. Reserve Media, Inc.'s use of the RESERVE trademark does not infringe on any of the following unregistered marks:
   a. RESERVE IT
   b. RESERVE IT 2.0
   c. RESERVE GATEWAY
   d. RESERVE UNIVERSITY
3. Pursuant to 15 U.S.C. § 1119, the registrations for each of the following marks shall be canceled:
   a. RESERVE INTERACTIVE [US Reg No. 4382898]
   b. RESERVE CLOUD [US Reg. No. 5122849]
   c. RESERVE CLOUD [US Reg. No. 4892191]

IT IS SO ORDERED:

DATED: April 19, 2017

_____
Honorable Dean D. Pregerson